UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIANA PINEDA,

     Plaintiff,

    v.

COSTCO WHOLESALE CORPORATION,

     Defendant.

Case No. 23-cv-06113-JSW

**ORDER DENYING MOTION FOR RECONSIDERATION AND ADMONISHING PLAINTIFF'S COUNSEL**

Re: Dkt. No. 23

This matter comes before the Court upon Defendant's motion to reconsider the Court's Order denying its motion to disqualify Plaintiff's counsel. (*See* Dkt. No. 16.) Defendant moved to reconsider on the basis that it discovered facts that suggested Anthony Werbin, Esq., who previously represented Defendant on personal injury matters such as this case, had filed a new personal injury lawsuit against Defendant. *See* N.D. Civ. L.R. 7-9(b)(1)-(2). The Court has considered the parties' papers, including Plaintiff's sur-reply, relevant legal authority, and the record in this case. The Court finds the motion suitable for disposition without oral argument and VACATES the hearing scheduled for September 27, 2024.

The Court concludes the record does not support a finding that Mr. Werbin has breached any ethical duties owed to Defendant. Accordingly, the Court DENIES Defendant's motion to reconsider. However, the Court ADMONISHES Plaintiff's counsel to correct the numerous errors in case and docketing management that required the Court and Defendant to expend resources on this motion.

    **IT IS SO ORDERED**.

Dated: September 23, 2024

_____
Jeffrey S. White

1

JEFFREY S. WHITE
United States District Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California